1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9         WESTERN DISTRICT OF WASHINGTON AT SEATTLE

10
11
12

13    MAPLEBEAR INC. DBA INSTACART,          Case No.  2:20-mc-00114-RSL

              Petitioner,                    **JOINT STIPULATION AND ORDER**
14
                                             Underlying case:  *Maplebear Inc. dba*
15    v.                                     *Instacart v. Cornershop Technologies, Inc.,*
                                             *Cornershop Technologies LLC, Delivery*
      DATAWEAVE INC.,                        *Technologies US, Inc., and Does 1-10.,*
16                                           Case No. 2:20-cv-00240-JRG (E.D. Tex.)
              Respondent.
17

18

19         Petitioner Maplebear Inc. dba Instacart ("Instacart") and Respondent DataWeave Inc.

20    ("DataWeave"), through their respective undersigned counsel of record, and pursuant to Local

21    Rules 7(d)(1) and 10(g) hereby jointly move the Court to enter the following briefing schedule

22    for the remaining briefs submitted in connection with Instacart's Motion to Compel

23    Compliance with Subpoena (Dkt. 4) and DataWeave's Motion to Quash Plaintiff's Second

24    Amended Subpoena (Dkt. 1), both of which are noted for consideration on January 8, 2021:

25         1.     Oppositions to each motion shall be due on December 23, 2020.

26         2.     Replies in support of each motion shall be due on January 8, 2021.

27         **IT IS SO STIPULATED.**

28

JOINT STIPULATION AND ORDER:  Case                    ORRICK, HERRINGTON & SUTCLIFFE LLP
No. 20-mc-0114-RSL                                            701 Fifth Avenue, Suite 5600
                                                           Seattle, Washington  98104-7097
                                                                 +1 206 839 4300

1   Dated: December 17, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

2   By: *s/Paul F. Rugani*

3       Paul F. Rugani (WSBA No. 38664)
    prugani@orrick.com

4       701 Fifth Avenue, Suite 5600
    Seattle, WA  98104-7097

5       Telephone:  +1 206 839 4300
    Facsimile:  +1 206 839 4301

6

7   KEKER, VAN NEST & PETERS LLP

8       *s/Sharif E. Jacob*
    *s/Nicholas Goldberg*

9   By: *s/Sarah Salomon*
    Sharif E. Jacob, Lead Attorney

10      (*Admitted Pro Hac Vice*)
    sjacob@keker.com

11      Nicholas Goldberg
    (*Admitted Pro Hac Vice*)

12      ngoldberg@keker.com
    Sarah Salomon

13      (*Admitted Pro Hac Vice*)
    ssalomon@keker.com

14      633 Battery Street

15      San Francisco, CA  94111-1809
    Telephone:  +1 415 391 5400

16      Facsimile:  +1 415 397 7188

17      *Attorneys for Petitioner, Maplebear Inc. dba*
    *Instacart*

18

19  FOCAL PLLC

20      *s/Venkat Balasubramani*
By: *s/Barb Rhoads-Weaver*

21      Venkat Balasubramani
    venkat@focallaw.com

22      Barb Rhoads-Weaver
    barb@focallaw.com

23      900 1st Avenue S., Suite 201

24      Seattle, WA  98134
    Telephone:  +1 206 529 4827

25      *Attorneys for Respondent, DataWeave Inc.*

26

27

28

JOINT STIPULATION AND [PROPOSED]
ORDER:  Case No. 20-mc-0114-RSL

- 2 -

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    _____
        Dated this 28th day of December, 2020.

4

5                  Robert S. Lasnik
                  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]
ORDER:  Case No. 20-mc-0114-RSL

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300