UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: DATAWEAVE, INC.,

MAPLEBEAR INC. d/b/a INSTACART,

         Plaintiff,

    v.

CORNERSHOP TECHNOLOGIES, INC., *et al.*,

         Defendants.

Case No. MC20-0114RSL

ORDER

On December 11, 2020, Dataweave, Inc., filed a motion to quash a third-party subpoena issued by Maplebear Inc. d/b/a Instacart in connection with a case pending in the United States District Court for the Eastern District of Texas. Dkt. # 1. Maplebear filed a motion to compel Dataweave's compliance. Dkt. # 4. The parties have filed their respective oppositions. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 28th day of December, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER